IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **C.D. and P.D.**, minor children, through L.D. and B.D., as next friends,<br><br>Plaintiffs,<br><br>v.<br><br>**DALLAS INDEPENDENT SCHOOL DISTRICT** and, in their official capacities, **MICHAEL HINOJOSA, PAMELA LEAR, TIFFANY HUITT, BETH WING, RYAN ZYSK, and MARNIE GLASER,**[1]<br><br>Defendants. | No. **3:24-CV-1913-L-BN** |

## ORDER

On July 7, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 43) ("Report") was entered, recommending that the court grant the Motions to Dismiss filed by Defendants DISD, Michael Hinojosa, and Beth Wing ("Defendants") (Docs. 22, 23) and dismiss with prejudice this lawsuit and all claims asserted by Plaintiffs C.D. and P.D. ("Plaintiffs") against Defendants[2] pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. No objections to the Report were filed, and the deadline for filing objections has expired.

---

[1] Defendants Pamela Lear, Tiffany Huitt, and Marnie Glaser were terminated as parties to this action after Plaintiffs filed their Amended Complaint, which limited Plaintiffs' claims to Defendants Dallas Independent School District ("DISD"); Michael Hinojosa, DISD's former superintendent; and Beth Wing, the principal at DISD campus Montessori Academy ("Dealey") during the school year that began in August 2021, during which DISD imposed a mask mandate because of COVID-19.

[2] In their Amended Complaint, Plaintiffs allege violations: (1) of the right to due process and equal protection under the Fourteenth Amendment to the United States Constitution (against DISD, Hinojosa, and Wing); (2) of the right to petition and to freedom of expression under the First Amendment to the United States Constitution (against DISD and Hinojosa); (3) of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq*. (against DISD); and (4) of Texas law, for intentional infliction of emotional distress/conspiracy (against Wing) and false imprisonment (against Hinojosa and Wing). *See* Docs. 18 & 19.

**Order – Page 1**

Having considered the Motions to Dismiss, file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** the Motions to Dismiss (Docs. 22, 23) and **dismisses with prejudice** all claims asserted by Plaintiffs against Defendants in this action. Judgment will issue by a separate document as required by Federal Rule of civil Procedure 58.

**It is so ordered** this 7th day of August, 2025.

Sam A. Lindsay
United States District Judge